UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

RECEIVED & FILED
1999 SEP 10 AM 8 40
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN P R

UNITED STATES OF AMERICA

V.                           CIVIL NO. 96-2451 (RLA)

JOSE CALDERON

## O R D E R

| MOTION | RULING |
|---|---|
| Date Filed: 8/31/99   Docket # 126<br>[X] Plff.<br>Title: INFORMATIVE MOTION | GRANTED until September 31, 1999 to submit the Consent Decree. |

September 9, 1999
Date

RAYMOND L. ACOSTA
U.S. District Judge

Rec'd:        EOD:

By: no        # 127

2