IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) Civ. Action No. 96-2451 (RLA) |
| ENRIQUE CALDERON, HIS WIFE EVA GARNIER DE CALDERON AND THE CONJUGAL PARTNERSHIP CONSTITUTED BETWEEN THEM | ) |
| Defendants. | ) |

**PARTIAL CONSENT DECREE**

WHEREAS, the United States of America ("United States"), on behalf of the Secretary of the Army, and the United States Army Corps of Engineers ("the Corps") filed a Complaint, as amended, on November 25, 1996 in this matter alleging that Defendants Enrique Calderon, Eva Garnier de Calderon and the Conjugal Partnership constituted between them ("Settling Defendants") have violated Sections 301 and 404 of the Federal Water Pollution Control Act, 33 U.S.C. §§ 1311 and 1344;

WHEREAS, the United States' complaint alleges that the Settling Defendants have violated Sections 301(a) and 404 of the CWA by discharging dredge and fill material into wetlands of the United States located in a parcel of land adjacent to Puerto Rico Highway No. 2 in the Cano Boquilla Area in the Sabanetas Ward,




U.S.A. v. Calderon, et al.
Civil No. 96-2451 (RLA)
Page 24

                          P.O. Box 23986
                          Washington, D.C. 20026-3986

                          Office of Counsel
                          Jacksonville District
                          Corps of Engineers
                          Antilles Office
                          400 Fernández Juncos Avenue
                          San Juan, Puerto Rico 00901-3299

**FOR THE SETTLING DEFENDANTS:**

DATED: _10/4/99_         _[signature] Eva Garnier de Calderón_
                          Enrique Calderon and
                          Eva Garnier
                          230 Private Court
                          Mayaguez, Puerto Rico 00680


JUDGMENT is hereby entered in accordance with the foregoing this _20th_ day of _December_, 1999.

                          _[signature]_
                          United States District Judge