UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

UNITED STATES OF AMERICA,

    Plaintiff,

v.                          CIVIL NO. 96-2451 (RLA)

JOSE CALDERON, et al.,

    Defendants.

**ORDER SCHEDULING CONFERENCE**

A STATUS CONFERENCE is hereby scheduled for **April 3, 2001 at 2:30 p.m.** at the undersigned's new chambers in Old San Juan to discuss defendants' request for termination of the consent decree entered into in this case.

This Order shall be notified by **fax** and mail.

IT IS SO ORDERED.

San Juan, Puerto Rico, this 19th day of March, 2001.

                                      RAYMOND L. ACOSTA
                                   United States District Judge

AO 72
(Rev 8/82)