IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

UNITED STATES OF AMERICA,

    Plaintiff,

    v.                          CIVIL NO. 96-2451 (RLA)

JOSE CALDERON, et al.,

    Defendants.

## ORDER RESCHEDULING STATUS CONFERENCE

The **Status Conference** scheduled for April 3, 2001, at 2:30 p.m. is hereby **rescheduled for Wednesday, April 4, 2001, at 11:00 a.m.**

IT IS SO ORDERED.

San Juan, Puerto Rico, this 28th day of March, 2001.

                    RAYMOND L. ACOSTA
              United States District Judge

AO 72
(Rev 8/82)