IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

UNITED STATES OF AMERICA,

    Plaintiff,

v.                            CIVIL NO. 96-2451 (RLA)

JOSE CALDERON, et al.,

    Defendants.

### FURTHER ORDER RESCHEDULING STATUS CONFERENCE

Due to the unavailability of the representative from the U.S. Corps of Engineers[1] the **Status Conference** previously reset for April 4, is hereby **rescheduled for Thursday, April 5, 2001, at 11:00 a.m.**

IT IS SO ORDERED.

San Juan, Puerto Rico, this 2nd day of April, 2001.

                                        RAYMOND L. ACOSTA
                                United States District Judge

---

[1] E. Muñiz, Chief Regulatory Section, will be attending an official meeting on the Commonwealth of Puerto Rico megaport project.